## AFFIDAVIT OF JON NAKAGAWA IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Jon Nakagawa, being first duly sworn, hereby depose and state as follows:

**A.     Introduction and Agent Background**

1.      I make this affidavit in support of an application for a search warrant for information associated with YAHOO! accounts da223322@yahoo.com, dawit.bizz@yahoo.com, afromillenium2000@yahoo.com, dawit_tadese@yahoo.com and jack_flora23@yahoo.com that is stored at premises owned, maintained, controlled, or operated by the free web-based electronic mail service provider known as YAHOO! Inc. ("YAHOO!"), headquartered at 701 First Avenue, Sunnyvale, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require YAHOO! to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications.

2.      I am a Special Agent (SA) employed by the United States Immigration and Customs Enforcement (ICE) of the Department of Homeland Security, presently assigned to the ICE Office of the Special Agent in Charge, Washington, DC.  I have been employed in this capacity for one year.  Prior to this I served as a Special Agent for the Department of Justice Office of Inspector General and the United States Secret Service for three and four years, respectively.  As a Special Agent, I have participated in the execution of search and arrest warrants and seized evidence of violations of United States law.  As a Special Agent of ICE, I am authorized to investigate crimes involving alien smuggling, misuse of passports and other identification documents, document fraud, money laundering, and customs and immigration fraud.  As a result

of my training and experience, I am familiar with the manner in which alien smuggling

organizations operate.  I am also familiar with the federal criminal laws, particularly those

relating to alien smuggling.

3.     As set forth herein, there is probable cause to believe that in these accounts, there exists

evidence, fruits, and instrumentalities of violations of Title 8, United States Code, Section 1324

(Alien Smuggling) and Title 18, United States Code, Section 371 (Conspiracy).

4.     The facts in this affidavit come from my personal knowledge of the investigation, my

training and experience, and information obtained from other agents and witnesses, public record

sources, and other sources as indicated herein.  This affidavit does not set forth all information

known to the government about this case and is being submitted solely for the purpose of

providing sufficient information to show that there is probable cause for the requested warrant.

**B.     Probable Cause**

***Background Regarding Subject Accounts***

5.     Based on the facts below, there is probable cause to believe that evidence of alien

smuggling and conspiracy to commit offenses against the United States will be found in the

accounts described in Attachment A (da223322@yahoo.com, dawit.bizz@yahoo.com,

afromillenium2000@yahoo.com, dawit_tadese@yahoo.com, and jack_flora23@yahoo.com).

6.     In 2007 and 2008, the United States District Court for the District of Columbia issued

warrants to search e-mail accounts associated with a multinational alien-smuggling network that

is moving aliens from multiple African countries to the United States, finding probable cause to

believe that evidence of conspiracy and alien smuggling would be found in the accounts.

7.     My review of information provided by internet service providers pursuant to these

warrants revealed the following:

a.  A multinational network of alien smuggling organizations located in Africa, South America, Central America, and North America is moving aliens from multiple African countries to the United States.

b.  The network includes numerous arrangers, transporters, document providers, recruiters, and corrupt government officials located throughout Africa, South America, Central America, and North America.

c.  The organizations move aliens to the United States through the provision of fraudulently obtained foreign travel documents.

d.  These fraudulently obtained foreign travel documents enable aliens to travel through Africa, South America, and Central America en route to Mexico.  From Mexico, the aliens are smuggled over land into the United States by Mexico-based smugglers.

e.  The organizations use commercial parcel shipping companies, such as Federal Express and DHL, to send and receive the fraudulently obtained travel documents.

f.  The organizations use e-mail to further their smuggling operations in various ways including: to discuss smuggling arrangements; to advertise alien-smuggling services; to negotiate smuggling fees for aliens; to coordinate the delivery of fraudulently obtained travel documents; to communicate regarding the payment of smuggling fees; to coordinate and implement smuggling arrangements and events; and to resolve issues that arise in the course of smuggling operations.

8.  More specifically, my review of e-mail communications obtained pursuant to the search warrants revealed that an Ethiopian national by the name of DAWIT TADESE YAEE a/k/a

3

"Jack Flora" a/k/a "Dave" a/k/a "Davit" ("TADESE") was an integral part of this smuggling network from approximately 2004 to 2007.  TADESE operated out of various points in Central and South America, but based his activities in Bolivia from approximately 2006 to 2007.  His associates included smugglers and fraudulent document vendors in Kenya, the Sudan, South Africa, the United Arab Emirates, and Brazil, among other places.  In order to smuggle individuals through South America towards the United State, TADESE utilized his connections to obtain false travel documents, including passports and visas, and to connect travelers with the next smuggler in the pipeline.  In some instances, TADESE accompanied individuals from Cuba to Nicaragua or to other points along the route to facilitate their movement.  The previous search warrants returns revealed that TADESE utilized e-mail accounts da223322@yahoo.com, dawit.bizz@yahoo.com, dawit_tadese@yahoo.com and afromillenium2000@yahoo.com in furtherance of his alien smuggling activities during this period.[1]

9.     TADESE's e-mail account, da223322@yahoo.com, was the subject of a search warrant issued by the United States District Court for the District of Columbia in 2007 and accounts, da223322@yahoo.com, dawit.bizz@yahoo.com, and afromillenium2000@yahoo.com were the subject of a subsequent search warrant issued by the same court in 2007.  Information provided by YAHOO! pursuant to these search warrants confirmed that the accounts da223322@yahoo.com, dawit.bizz@yahoo.com, and afromillenium2000@yahoo.com were used in furtherance of alien smuggling from approximately 2004 to 2007.  In addition, they established that an additional account, dawit_tadese@yahoo.com, was also being used in furtherance of TADESE's smuggling activities during this time period.  For example, my review revealed the following:

---

[1] Information received from YAHOO! pursuant to administrative subpoenas also confirmed that Dawit Tadese was the account holder for da223322@yahoo.com, dawit.bizz@yahoo.com, and afromillenium2000@yahoo.com.

a.      TADESE utilized several of his e-mail accounts simultaneously to conduct his smuggling operations.  On October 3, 2006, afromillenium2000@yahoo.com sent a message to dawit_tadese@yahoo.com and dawit.bizz@yahoo.com containing the passport information for four individuals with Namibian passports, including names, passport numbers, and dates of birth.  Less than an hour later, dawit.bizz@yahoo.com sent a message to arodriguez@cancilleria.gob.ni, an e-mail address affiliated with the government of Nicaragua, containing the passport information for the same four individuals.  On October 20, 2006, afromillenium2000@yahoo.com sent a message to mikiallo@yahoo.com containing the passport information for the same four individuals, plus two additional travelers traveling on South African passports, and requesting that the recipient book them on flights with Copa Airlines from Panama to Nicaragua. The following day, afromillenium2000@yahoo.com received itineraries from Copa Airlines for two of the individuals on the requested flights.

b.      From 2006 to 2007, TADESE utilized several e-mail accounts to communicate with "Degol Tekle," a fraudulent document vendor based in Johannesburg, South Africa, at e-mail account vdegol@yahoo.com.  For example, on December 19, 2006, afromillenium2000@yahoo.com sent the following to vdegol@yahoo.com:

> hi mr dogole how are u I now I might disopint you but i am completely kind of croudedd situation any ways pls I hae send you this gu u by scan and i need you to do it urgent the fastest as u can i tis kind of goopd srategy i want to use this guy so i want to him to go soon before he comes hear . so this i want to do i have the money 600 + 150 welde and totaly it is $750 pls send me the adreess the guy in US A AND THIS MORNING WILL BE MY FIRST WORKJ TO SEAND IT BUT PLS ONES AND AGAIN SEADN THE ADREES TO MY MAIL BOX afromillenium2000@yahoo.com dawit_tadese@yahoo.com.

5

On March 30, 2007, afromillenium2000@yahoo.com sent a message to vdegol@yahoo.com with the subject "urgent passport t be made !! from dawit bolivia !"  In this message, the sender provided scanned photographs and passport information for five individuals and instructed the recipient: "HEAR ARE THE PASSPORT INFORMATION  WHICH U HAVE TO MAKE  IT FAST AND SEAND WITH  ATHERS."  Illustrating the high volume of TADESE's smuggling operation at this time, a message was sent from afromillenium2000@yahoo.com to vdegol@yahoo.com on May 29, 2007, in which TADESE writes, "this is dave . . . pls I have got only 21 passport on my hand is I have said it is more than 80 ppl hear . . . pls let us organize it very fast."

c.      A search of the e-mail accounts also revealed that TADESE utilized e-mail to communicate with potential clients and their sponsors.  For example, on March 13, 2007, Alien-1[2] sent the following message to dawit_tadese@yahoo.com, carbon copying da223322@yahoo.com and afromillenium2000@yahoo.com :

> Dear Mr. Dawit, How are you doing? Hope you are fine that side. My name is Amanuel and I have got your address from John who came recently from South Africa to Bolivia. I hope he has explained to you about me. I am living in Angola and I am planning to try a process to America via Bolivia. I can get a Visa of Brasil from here. But if you thin it is better to fly directly to Bolivia, please advice me and we can see what we can do. Please let me know how your connections is with regard to getting a Visa of Bolivia. I need your advice and cooperation on the matter. Honestly speaking there are so many people who really want to go to USA. If you have a quality process, you can find a lot of clients from here. Please let us keep in tounch and we shall see what we can do at a later stage. With Best Wishes, Amanuel

---

[2] To protect their identities and for purposes of this affidavit, all aliens will be referred to as "Alien-1," "Alien-2," etc.

On April 12, 2007, da223322@yahoo.com received the following message from

Alien-2:

> Selam Dawit if you remember me I have had talk to you a few week's
> ago.Dawit Now my sister is have every thing which is the passport please
> tell or e.mail me what she can do next.as I told you before she is in addis
> paying for Hotel I am the one who sapporting her so, please please help
> me my brother I know you can not call me from where you are because it
> is expensive to call here but my cell phone is 206 214 8572 I will wait
> your e.mail also if you e.mail me your best time to call you.Thank You
> Hirut 4-12-17.

On April 13, 2007, TADESE responded from account da223322@yahoo.com to

Alien-2 with the following instructions:

> ok it is dawit from Bolivia how are u? so what u have to dio is i need u to
> do and seand me the passport first to this country by this adrees. my
> adrees is dawit tadese yaee tel.59 -1 763-140-30 santa cruz – bolivia  pls
> seand it BY DHL and it will take me to take the visa onse it arrive hear 3
> days and I will seand it back to addis ababa . and u have to remind that
> onse the passport I need u to seand me the money $1000  GOD BLEES U!

10.     My review of the e-mails provided by YAHOO! further established that TADESE is the

owner and operator of both dawit_tadese@yahoo.com  and afromillenium2000@yahoo.com.

For example, on September 5, 2006, afromillenium2000@yahoo.com corresponded with Yahoo!

Customer Care regarding the status of his alternate account, dawit_tadese@yahoo.com.

***Recent Developments Regarding Subject Accounts Relating to Probable Cause***

11.      From 2006 to 2007, at least sixteen Ethiopian and Eritrean individuals interviewed over

the course of this investigation have identified TADESE as one of the smugglers who helped

them reach the United States.  At some point in or around 2008, TADESE was no longer being

named by intercepted smugglees as a smuggler along their route in South America.  In the

intervening years, investigators continued to monitor TADESE's whereabouts through IP log-in

information provided by YAHOO! for three accounts: da223322@yahoo.com,

dawit.bizz@yahoo.com, afromillenium2000@yahoo.com.  The IP logs reveal that all three

accounts were accessed from IP addresses associated with providers in Addis Ababa, Ethiopia in

early October 2009 and that by late October 2009, all three accounts were being accessed from

IP addresses associated with providers in Ecuador.  From late October 2009 to early March 2010,

dawit.bizz@yahoo.com was accessed over one thousand times from IP addresses located in

Ecuador.  During this same period, da223322@yahoo.com and afromillenium2000@yahoo.com

were accessed over 250 times from IP addresses in Ecuador.  The access times and IP addresses

associated with all three accounts closely correspond, strongly suggesting that the same user has

been accessing all three accounts from Ecuador during this time period.

12.      In or around December 2009, Customs Border Patrol (CBP) officers intercepted a DHL

package containing fraudulent identity documents at the International Mail Facilities and Express

Consignment Courier Facilities in Miami, Florida pursuant to their border search authority.  The

package originated in Johannesburg, South Africa and was addressed to "D. TADDESSE" in

Quito, Ecuador.  The phone number provided on the DHL waybill for the recipient, "D.

TADESSEE" was "+59381319666," an Ecuador number.[3]  The package contained two

fraudulent Ugandan passports, two counterfeit Namibian passports, and two counterfeit national

identity cards for the purported holders of the Namibian passports.  The type of documents

(fraudulent Namibian passports), the origin of the documents (South Africa), and the method of

transmission (DHL) are all consistent with TADESE's previous smuggling operations and

suggest that he is continuing to operate from a new base in Ecuador.[4]

---

[3] This is the same Ecuador number provided via email by TADESE utilizing dawit.bizz@yahoo.com on December 29, 2009.  *See infra* ¶14c at p. 10.
[4] From 2006 to 2007, a series of document seizures by CBP officers in Miami established that TADESE was sending and receiving fraudulent documents in a similar manner when he was based in Santa Cruz, Bolivia.

13.     More recently, investigators interviewed two individuals who were smuggled to the United States by TADESE following his relocation to Ecuador in or around late 2009.  Both individuals communicated with TADESE via e-mail regarding their smuggling arrangements. As further described, these recent communications from December 2009 to April 2010 establish that probable cause exists to believe that e-mail accounts previously associated with TADESE will contain evidence of alien smuggling.  Information gained as a result of an interview of one of the individuals also provides probable cause to search a newly identified e-mail account, jack_flora23@yahoo.com, associated with TADESE.

14.     On May 20, 2010, United States Customs and Border Patrol (CBP) apprehended an Ethiopian national, Alien-3, at the Hidalgo, Texas Port of Entry.  On May 27, 2010, Special Agent Anthony Ruffule and Immigration Enforcement Agent (IEA) Bernardino Naranjo conducted an interview of Alien-3 at the ICE Port Isabel Detention Center in Los Frenos, Texas. The interview revealed the following:

    a.      Alien-3 was smuggled to the United States via travel routes that took him from Ethiopia through Dubai, Moscow, Cuba, Ecuador, Nicaragua, Honduras, Guatemala, and Mexico.

    b.      Using the services of smugglers based in Ethiopia, Alien-3 traveled to Dubai where he was assisted by another smuggler.  The Dubai-based smuggler provided Alien-3 with an airline ticket to Cuba, a Cuban visa, and the e-mail and telephone number of a smuggler known to Alien-3 as "Dawit Tadese Yaee."

    c.      According to Alien-3, he corresponded with TADESE at dawit.bizz@yahoo.com while he was in Cuba.

    d.      When Alien-3 arrived in Quito, TADESE met Alien-3 at the airport and transported Alien-3 to a hotel.  Alien-3 stayed in Quito for 18 days and during that time, TADESE provided Alien-3 with an airline ticket and visa for travel to Nicaragua.  TADESE instructed Alien-3 to travel to a particular hotel once Alien-3 arrived in Nicaragua and to contact a smuggler named Austen LNU.  In anticipation of Alien-3's final destination—the United States—TADESE also provided Alien-3 with instructions on what Alien-3 should do to travel safely through Mexico.  TADESE told Alien-3 to surrender to Mexican Immigration authorities once Alien-3 arrived in Mexico.  Only afterwards, TADESE instructed, could Alien-3 travel to the U.S. border.

    e.      At the end of the interview, SA Ruffle provided Alien-3 with a photo array of six individuals for possible identification of TADESE.  Alien-3 positively identified TADESE as the individual who helped smuggle him to the United States.

    f.      Alien-3 also gave SA Ruffule permission to search his e-mail account.

15.    On May 28, 2010, SA Ruffule retrieved approximately forty-five e-mail conversations exchanged between TADESE and Alien-3.  From these conversations, it appears that TADESE continues to maintain the same four e-mail accounts already discussed.  The following messages illustrate TADESE's continued use of these accounts in furtherance of his smuggling activities:

    a.      On December 28, 2009, Alien-3 used his e-mail account to contact TADESE about smuggling arrangements at four email addresses.  The message, sent to afromillenium2000@yahoo.com, dawit_tadese@yahoo.com, dawit.bizz@yahoo.com, and da223322@yahoo.com stated, "dear dave can you tell me the situation in there as you know my ultimate target."

    b.       That same day, TADESE replied using the e-mail account

dawit.bizz@yahoo.com, stating in part,

> [Alien-3]! . . . well if u arer asking me about the situation hear there are to
> many pl hear and i am working for them and there is only one guy e for
> those ppl mopre than 150 pl are hear most of them ertirians and pl from
> addis and they used to go by boat and even that is closed for them, . . . we
> did best job I am seindg them by plane and fast so for me i tis good to
> come hear and I can healp if u have still that interest and I can tell u what
> to do on doing that.[5]

    c.       On December 29, 2009, Alien-3 writes to dawit.bizz@yahoo.com,

> "Dear dave thanks for responding me so fast . . . my [spouse] is in
> Heuston Texas with my sister . . . &they told me through telephone that
> they found some Ethiopians & Eritreans in local habesha church who
> came recently in to uncle sums land through your line. . . . as I told you
> many times youi know my target & tell me what I have to do to become
> part of your plan."

Later the same day, a response was sent from dawit.bizz@yahoo.com to

Alien-3's e-mail address in which TADESE explains "i have to get documents

before u came and I must get it done before u come so once u come it might be

done as quicke as possible."  He also provides an Ecuador telephone

number, "0059381319666," and tells Alien-3, "u can call anytime."

    d.       On January 23, 2010, Tadese sent an e-mail message to Alien-3, once again

using the e-mail account dawit.bizz@yahoo.com, explaining the pricing for his

smuggling services:

> u need money [Alien-3] let me explain the cost only to riarrive the place
> where I am u need to get Cuban visa and cost is 15000 birrfor the
> conecthions+700 visa prise+and 1000 for the paper works+and tiket is
> 29000+and from cuba to be where I am cost u 14000+ so the cost   is

---

[5] In December 2009, the Colombian authorities arrested several members of a smuggling organization that was
smuggling African migrants from Ecuador to Colombia and on to Central America via boat.  This crackdown by the
Colombian authorities resulted in the maritime route to Central America being "closed" as referenced in the email.

59700 birr . . .  I am hear and working for them and I am hear telling u what u need.[6]

e.  As time for the departure from Ethiopia grew nearer, Alien-3 sent a

copy of Alien-3's Ethiopian passport (along with the passports of two other

Ethiopian nationals) to dawit.bizz@yahoo.com on March 1, 2010.

f.  On April 22, 2010, an e-mail was sent from hombreverde2001@yahoo.es to

dawit.bizz@yahoo.com and Alien-3's e-mail address containing airline bookings

for Alien-3 departing on May 5, 2010 from Quito, Ecuador and continuing to

Addis Ababa, Ethiopia.[7]

g.  While TADESE responded to Alien-3 in every instance from

dawit.bizz@yahoo.com, the pattern of access of afromillenium@yahoo.com and

da223322@yahoo.com as reflected in the IP logs suggests that TADESE

continues to maintain those accounts in connection with his smuggling activities.

For example, on January 23, 2010, in the same thirty minute time period, all three

accounts were accessed multiple times from the same IP address.  This pattern is

repeated scores of times between October 2009 and early March 2010.

16.  Alien-3 also provided SA Ruffle with consent to search his Facebook[8] account.  Alien-3

and TADESE are linked on Facebook as "friends"[9] and through Alien-3's account, SA Ruffle

retrieved the following information from the Facebook page: "Name: Dawit Tadese, Date of

---

[6] When TADESE refers to "the place where I am," he is referring to Ecuador.  The Latin American and Caribbean Internet Address Registry lists Guayaquil, Ecuador as the location of the IP addresses associated with log-ons to dawit.bizz@yahoo.com on the date of the email.  The price quoted by TADESE, 59,700 Ethiopian birr, is approximately equivalent to $4,420 U.S. dollars.
[7] Smugglers often provide travelers with return airline tickets to disguise their true destinations.
[8] Facebook is a social networking website that is open to anyone 13 years of age or older.  Facebook users can create and customize their own profiles with photos, videos, and information about themselves.
[9] When one Facebook user becomes "friends" with another Facebook user by way of electronic invitation, they can browse each other's profiles and exchange messages.

Birth: 4/4/1983, Sex: male, email address: afromillenium2000@yahoo.com, University: Mekelle Business College 2008."

17.     On June 14, 2010, Special Agents Ruffule and Lucas Yates interviewed Eritrean national Alien-4 in El Paso, Texas regarding Alien-4's journey from Africa to the United States.  The interview revealed the following:

    a.    Alien-4 was smuggled into the United States by using travel routes that took Alien-4 from Uganda through Dubai, Moscow, Cuba, Ecuador, Nicaragua, Guatemala, and Mexico.

    b.    Alien-4 identified "Dawit" as the smuggler based in Quito, Ecuador whom Alien-4 agreed to pay a fee of $5,000 U.S. dollars for a fraudulent Ugandan passport, an "official letter" from the government of Uganda, and airline tickets to Central America.

    c.    While in Quito, Alien-4 exchanged e-mail addresses with "Dawit" and "Dawit" provided Alien-4 with the e-mail address, jack_flora23@yahoo.com.  Once they reached an agreement regarding the smuggling arrangements, "Dawit" asked Alien-4 to provide him with a passport photo over e-mail.  Alien-4 explained that "Dawit" sent Alien-4 a copy via e-mail of the fraudulent Ugandan passport that he would later provide to demonstrate that he was making progress on the deal.

    d.    According to Alien-4's agreement with "Dawit," Alien-4 left $5,000 with a third party in Quito, Ecuador with an understanding that the funds would be paid to "Dawit" when Alien-4 reached Guatemala.  "Dawit" sent Alien-4 to Nicaragua instead of Guatemala resulting in a disagreement between them.  When Alien-4 refused to release the payment to "Dawit" until he  was taken to Guatemala,

"Dawit" threatened Alien-4 and told him that he had contacts in Nicaragua who could harm him.  Ultimately another smuggler known as "Sami" arranged for Alien-4 to be taken to Guatemala for a fee of $800 and Alien-4 authorized a payment of $4,200 to "Dawit."  During this time, Alien-4 and "Dawit" were communicating via e-mail and phone.

e.      At the end of the interview, SA Ruffle provided Alien-4 with a photo array of six individuals for possible identification of TADESE.  Alien-4 positively identified TADESE as the individual who helped smuggle Alien-4 from Ecuador to Nicaragua.

f.      Alien-4 also gave SA Ruffle permission to search his e-mail account.

18.      On June 14, 2010, SA Ruffle accessed Alien-4's e-mail account and retrieved several e-mail exchanges between Alien-4 and TADESE.  In these exchanges, TADESE communicates with Alien-4's e-mail account from jack_flora23@yahoo.com (the address TADESE provided to Alien-4) and also from dawit.bizz@yahoo.com.  For example,

a.      On November 13, 2009, Alien-4 sent a message to jack_flora23@yahoo.com with the subject "esayas passport picture and informatio[n]."  One week later jack_flora23@yahoo.com responds with a message with the subject line "passport attachment !"  According to Alien-4, the attachment was a scan of the fraudulent Ugandan passport provided to Alien-4 by "Dawit."  The passport contained a true photograph of Alien-4 and the name, "Yohannes Micheal Pawlos."

b.      On December 4, 2009, dawit.bizz@yahoo.com sent to Alien-4's e-mail account two itineraries for a series of flights from Nicaragua to Uganda.  The reservations

are in the same name as the fraudulent Ugandan passport e-mailed to Alien-4

from jack_flora23@yahoo.com.

c.      On December 9, 2009, Alien-4 wrote to another smuggler named "Sami" at

sammywhite2@yahoo.com to solicit assistance for Alien-4's onward journey

from Nicaragua to Guatemala.  Alien-4 explained that he was currently in

Nicaragua thanks to "jack )dawite boliva" and that the Ecuador-based smuggler

was demanding full payment even though he had not successfully delivered

Alien-4 to Guatemala.  Alien-4 further told "Sami" that TADESE had called

Alien-4 at his hotel in Nicaragua to threaten him.

d.      Also on December 9, 2009, jack_flora23@yahoo.com sent a message to Alien-4's

e-mail address in which he tries to convince Alien-4 to pay him and provides a list

of "costs," including costs for "passport . . . entry . . . tikets. . . papers work-$ . . .

conecthions."

## C.      Technical Background Regarding Computers, the Internet, and E-mail

19.    Based on my training, experience, and knowledge, I know the following:

a.      The Internet is a worldwide network of computer systems operated by

governmental entities, corporations, and universities.  In order to access the

Internet, an individual computer user must subscribe to an access provider, which

operates a host computer system with direct access to the Internet.  The World

Wide Web is a functionality of the Internet which allows users of the Internet to

share information;

b.      With a computer connected to the Internet, an individual computer user can make

electronic contact with millions of computers around the world.  This connection

can be made by any number of means, including modem, local area network, wireless, and numerous other methods; and

c.       E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users.  When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the mail server of the subscriber's access provider, and transmitted to its final destination.  A server is a computer that is attached to a dedicated network and serves many users.  An e-mail server may allow users to post and read messages and to communicate via electronic means.

## D.       YAHOO! E-mail

20.       In my training and experience, I have learned that YAHOO! provides a variety of on-line services, including electronic mail ("e-mail") access, to the general public.  Subscribers obtain an account by registering with YAHOO!.  During the registration process, YAHOO! asks subscribers to provide basic personal information.  Therefore, the computers of YAHOO! are likely to contain stored electronic communications (including retrieved and unretrieved e-mail for YAHOO! subscribers) and information concerning subscribers and their use of YAHOO! services, such as account access information, e-mail transaction information, and account application information.

21.       In general, an e-mail that is sent to a YAHOO! subscriber is stored in the subscriber's "mail box" on YAHOO! servers until the subscriber deletes the e-mail.  If the subscriber does not delete the message, and the subscriber accesses the account periodically, the message can remain on YAHOO! servers indefinitely.

22.     When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via

the Internet to YAHOO!'s servers, and then transmitted to its end destination.  YAHOO! often

saves a copy of the e-mail sent.  Unless the sender of the e-mail specifically deletes the e-mail

from the YAHOO! server, the e-mail can remain on the system indefinitely.

23.     A YAHOO! subscriber can also store files, including e-mails, address books, contact or

buddy lists, pictures, and other files, on servers maintained and/or owned by YAHOO!

24.     Subscribers to YAHOO! might not store on their home computers copies of the e-mails

stored in their YAHOO! account.  This is particularly true when they access their YAHOO!

account through the web, or if they do not wish to maintain particular e-mails or files in their

residence.

25.     In general, e-mail providers like YAHOO! ask each of their subscribers to provide certain

personal identifying information when registering for an e-mail account.  This information can

include the subscriber's full name, gender, physical address, telephone numbers and other

identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of

payment (including any credit or bank account number).

26.     E-mail providers typically retain certain transactional information about the creation and

use of each account on their systems.  This information can include the date on which the

account was created, the length of service, records of log-in (i.e., session) times and durations,

the types of service utilized, the status of the account (including whether the account is inactive

or closed), the methods used to connect to the account (such as logging into the account via

YAHOO!'s website), and other log files that reflect usage of the account.  In addition, e-mail

providers often have records of the Internet Protocol address ("IP address") used to register the

account and the IP addresses associated with particular logins to the account.  Because every

device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

27.     Subscribers to YAHOO! generally may access their accounts on servers maintained and/or owned by YAHOO! from any computer connected to the Internet located anywhere in the world.

**E.     Information to be Searched and Items to be Seized**

28.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require YAHOO! to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

**F.     Conclusion**

29.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in the control of YAHOO!, headquartered at 701 First Avenue, Sunnyvale, California, there exists evidence of a violation of Title 8, United States Code, Section 1324 (Alien Smuggling) and Title 18, United States Code, Section 371 (Conspiracy).  Accordingly, a search warrant is requested.

30.     Title 18, United States Code, Sections 2703(a)-(b) provide that a court with jurisdiction over the offense under investigation may authorize disclosure pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure.  18 U.S.C. §§2703(a)-(b). Title 18, United States Code, Section 3238 provides for venue in the District of Columbia over

offenses begun out of the jurisdiction of any particular state or district when the offender has not been arrested or brought to a district and has not had any known residence in any district.

31.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

**G.     Request for Sealing**

32.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into criminal activity and no targets of this investigation will be searched at this time.  Based on my training and experience, I have learned that criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other criminals as they deem appropriate.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.


_____
Jon Nakagawa
Special Agent
Immigration & Customs Enforcement (ICE)


Sworn to and subscribed before me
on this 22nd day of June 2010



_____
HON. JOHN M. FACCIOLA
United States Magistrate Judge
District of Columbia

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with da223322@yahoo.com,

dawit.bizz@yahoo.com, afromillenium2000@yahoo.com, dawit_tadese@yahoo.com and

jack_flora23@yahoo.com that is stored at premises owned, maintained, controlled, or operated

by YAHOO!, a company headquartered at 701 First Avenue, Sunnyvale, California 94089.

## **ATTACHMENT B**

### **Particular Things to be Seized**

**I.       Information to be disclosed by YAHOO!**

To the extent that the information described in Attachment A is within the possession, custody, or control of YAHOO!, YAHOO! is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.       The contents of all e-mails stored in the account, including copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.       All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.       All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

d.       All records pertaining to communications between YAHOO! and any person regarding the account, including contacts with support services and records of actions taken.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 8, United States Code, Section 1324 (Alien Smuggling) and Title 18, United States Code, Section 371 (Conspiracy).involving DAWIT TADESE YAEE a/k/a "Jack Flora" a/k/a Dave" a/k/a "Davit" since October 1, 2009, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a**.**     all correspondence discussing alien smuggling activities, including all correspondence discussing proceeds of alien smuggling, all correspondence discussing actions that facilitate alien smuggling, any and all copies of payment or shipping documents used to facilitate alien smuggling, and any and all photographs depicting alien smuggling activities; and

b.     all communications that will assist investigators in ascertaining the nature and scope of the crimes under investigation, the true identity and or location of the subjects and their co-conspirators, and any disposition of the proceeds of the crimes under investigation.

c.     Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.